UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTIAGO S. GUITRON,<br><br>        Defendant. | Case No. 21-cv-08678-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 8, 2021, Plaintiff Brian Whitaker filed the instant case against Defendant Santiago S. Guitron, asserting violations of the Americans with Disabilities Act. (Compl., Dkt. No. 1.) Pursuant to General Order 56, Plaintiff's deadline to complete service on Defendant was 60 days after the complaint was filed, or January 7, 2022. To date, Plaintiff has not filed proof that the case was served on Defendant, nor has Plaintiff filed the notice of need for mediation (due no later than April 19, 2022). Indeed, Plaintiff has not filed anything in this case since November 9, 2021. (Dkt. No. 8.)

Accordingly, the Court ORDERS Plaintiff to show cause, by **June 7, 2022**, why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge